# Court of Appeals of the State of Georgia

ATLANTA, February 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1180. UFRE EDUOK v. ENO EDUOK.

Eno Eduok filed suit against Ufre Eduok in magistrate court. After the magistrate court found that Eno was entitled to a writ of possession, Ufre filed a petition for review in superior court. The superior court also found in favor of Eno and issued a writ of possession in her favor on December 17, 2025. Ufre filed a motion for reconsideration, which the superior court denied on January 9, 2026. Ufre then filed this direct appeal. We, however, lack jurisdiction for at least two reasons.

First, an appeal from a superior court decision reviewing a lower court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Second, even if no discretionary application were required, we would lack jurisdiction as the denial of a motion for reconsideration is not an appealable judgment. See *Bell v. Cohran*, 244 Ga. App. 510, 510–11 (536 SE2d 187) (2000). Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.